UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                     :

Lee et al.,                            :      26  -CV- 2368   (DEH)

             Plaintiff[s],       :

       v.                       :     ORDER OF REFERENCE
                               :     TO A MAGISTRATE JUDGE

Pasternak et al                :

             Defendant[s].     :
                             :
------------------------------------------------------------------X

DALE E. HO, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

■ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:
_____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

SO ORDERED.

Dated: March 24, 2026
      New York, New York

_____
DALE E. HO
United States District Judge