Civil Action No.    **1:26-cv-02368**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Ben Pasternak**
was received by me on  **4/17/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Security Management**, a person of suitable age and discretion who resides at **505 W 43RD ST APT 3G, New York, NY 10036-0091**, on **04/17/2026 at 6:20 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  04/17/2026

_____
*Server's signature*

**Taylor Chinnery**
*Printed name and title*

**214-16 110th Ave
Queens, NY 11429**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Security Management who identified themselves as the security management, co-resident with identity confirmed by subject stating their name. The individual tried to refuse service by refuse to let me go upstairs and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with an accent and a beard.**





Tracking #: **0219117850**