AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-02368**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **B24, INC.**
was received by me on  **4/17/2026:**

☐  I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **John Doe**, who is designated by law to accept service of process on behalf of **B24, INC.** at
**505 W 43RD ST APT 3G, New York, NY 10036-0091** on **04/17/2026 at 6:22 PM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  04/20/2026

_____
*Server's signature*

**Taylor Chinnery**
*Printed name and title*

**214-16 110th Ave**
**Queens, NY 11429**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to John Doe, Security Management who identified themselves as
the security management  The individual tried to refuse service by refused to let me go upstairs and did not state
reason for refusal (documents left, seen by subject). The individual appeared to be a brown-haired white male contact
25-35 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with an accent and a beard.**





Tracking #: **0219323718**