UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA LEE and PIERRE MONTMEAS, *on behalf of themselves and all others similarly situated*, | Case No. 1:26-cv-2368 |
| Plaintiffs, | **STIPULATION** |
| -against- | |
| BEN PASTERNAK; B24, INC.; BELIEVE FOUNDATION; and DOES 1 THROUGH 10, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the above-listed Plaintiffs ("Plaintiffs") and Defendants Ben Pasternak ("Pasternak") and B24, Inc. ("B24") (Pasternak and B24 collectively, "Stipulating Defendants") that:

1.      The time for Stipulating Defendants to answer, move, or otherwise respond to the Complaint in this action is hereby adjourned until July 22, 2026.

2.      In consideration for the adjournment set forth in Paragraph 1 above, the undersigned counsel for Stipulating Defendants accepts service of process of the Summons and Complaint in this action on behalf of Stipulating Defendants. Stipulating Defendants waive any defense based on improper service of process, without prejudice to or waiver of any of Stipulating Defendants' other positions, claims, defenses, objections, rights, or arguments, including but not limited to lack of personal jurisdiction, arbitrability, and failure to state a claim, all of which are preserved. Plaintiffs' agreement to this stipulation is without prejudice to or waive of any of Plaintiffs' positions, claims, defenses, objections, rights, or arguments, including with respect to any motion filed by Stipulating Defendants, all of which are preserved.

3.      This stipulation applies to Stipulating Defendants only, and is inapplicable to any other Defendants.

Dated: New York, New York
          May 5, 2026

**MORRISON COHEN LLP**                         **BURWICK LAW, PLLC**

By: */s/ Michael Mix*                          By: */s/ Max Burwick*
        Jason Gottlieb                                  Max Burwick
        Michael Mix                                     1 World Trade Center, 84th Floor
        909 Third Avenue                                New York, New York 10007
        New York, New York 10022                        (646) 762-1080
        (212) 735-8600


*Attorneys for Stipulating Defendants*         *Attorneys for Plaintiffs*
*Ben Pasternak and B24, Inc.*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: May 7, 2026**

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.