UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA LEE and PIERRE MONTMEAS, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

-against-

BEN PASTERNAK; B24, INC.; BELIEVE FOUNDATION; and DOES 1 THROUGH 10,

Defendants.

---

Case No. 1:26-cv-2368

**NOTICE OF APPEARANCE**

---

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Luiza Coelho da Rocha of Scoolidge, Peters, Russotti & Fox LLP hereby appears as counsel in this matter for Defendant BELIEVE FOUNDATION. I hereby certify that I am admitted to practice in this Court.

Dated:    May 7, 2026
          New York, New York

Respectfully submitted,

SCOOLIDGE, PETERS, RUSSOTTI & FOX LLP

By:  */s/ Luiza Coelho da Rocha*
     Luiza Coelho da Rocha
     2 Park Avenue, 20th Floor
     New York, New York 10016
     Telephone: (212) 729-7708
     luiza@sprfllp.com

*Attorneys for Defendant Believe Foundation*