UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA LEE and PIERRE MONTMEAS, *on behalf of themselves and all others similarly situated*,<br><br>                 Plaintiffs,<br><br>     -against-<br><br>BEN PASTERNAK; B24, INC.; BELIEVE FOUNDATION; and DOES 1 THROUGH 10,<br><br>                 Defendants. | Case No. 1:26-cv-2368<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the above-listed Plaintiffs ("Plaintiffs") and Defendant Believe Foundation ("Stipulating Defendant") that:

1.     The time for Stipulating Defendant to answer, move, or otherwise respond to the Complaint in this action is hereby adjourned until July 22, 2026.

2.     In consideration for the adjournment set forth in Paragraph 1 above, the undersigned counsel for Stipulating Defendant accepts service of process of the Summons and Complaint in this action on behalf of Stipulating Defendant. Stipulating Defendant waives any defense based on improper service of process, without prejudice to or waiver of any of Stipulating Defendant's other positions, claims, defenses, objections, rights, or arguments, including but not limited to lack of personal jurisdiction, arbitrability, and failure to state a claim, all of which are preserved. Plaintiffs' agreement to this stipulation is without prejudice to or waiver of any of Plaintiffs' positions, claims, defenses, objections, rights, or arguments, including with respect to any motion filed by Stipulating Defendant, all of which are preserved.

3.      This stipulation applies to Stipulating Defendant only, and is inapplicable to any other Defendants.

Dated: New York, New York
       May 6, 2026


**SCOOLIDGE PETERS RUSSOTTI**          **BURWICK LAW, PLLC**
**& FOX LLP**

By:                                    By:*/s/Max Burwick*
Peter Fox                              Max Burwick
2 Park Ave, 20th Floor                 1 World Trade Center, 84th Floor
New York, New York 10016               New York, New York 10007
(212) 729-7708                         (646) 762-1080

*Attorneys for Stipulating Defendant*   *Attorneys for Plaintiffs*


**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

                        **Dated: May 11, 2026**

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.