UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA LEE and PIERRE MONTMEAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BEN PASTERNAK; B24, INC.; BELIEVE FOUNDATION; and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 1:26-cv-2368 (DEH) (VF) |

**DECLARATION OF RYLAN MAKSOUD IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION OR DISMISS**

I, Rylan Maksoud, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and an attorney at Burwick Law, PLLC, counsel for Plaintiffs Joshua Lee and Pierre Montmeas and the proposed class. I have personal knowledge of the matters stated here and, if called as a witness, could and would testify competently to them.

3. Attached as Exhibit A is a demonstrative prepared by counsel comparing quotations and citations in the moving Defendants' memoranda of law (Dkts. 24, 28) with the source material cited. Bolding is added to aid in matching quotations to the source material.

4. Attached as Exhibit B-1 is a true and correct copy, as it appears when the browser's print function is used, of an Internet Archive Wayback Machine capture of the October 15, 2025 post published by Defendant Pasternak on the X/Twitter platform at https://twitter.com/pasternak/status/1978549760320544951, in which he stated that "No individual or entity is getting coins for the next year at minimum." The Complaint quotes this post at paragraph 71.

6.  Attached as Exhibit B-2 is a true and correct copy of a capture, as it appears when the browser's print function is used, of a thread of posts published on the X/Twitter platform by the @believeapp account on October 15, 2025, disclosing its unlocked allocation.

7.  Attached as Exhibit C are true and correct copies of either Internet Archive Wayback Machine captures, or live captures, as they appear when the browser's print function is used, of posts published on the X/Twitter platform by Defendant Pasternak and by the @believeapp account between June 2025 and October 2025 concerning the promised "flywheel" buyback mechanism. The Complaint describes these promises at paragraph 46.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2026, in New York, New York.

<div style="margin-left: 50%;">

BURWICK LAW, PLLC
By: /s/Rylan Maksoud
Rylan Maksoud
43 West 43rd Street, Suite 114
New York, New York 10036
Tel. (646) 762-1080
rylan.maksoud@burwick.law
*Counsel for Plaintiffs and the Proposed Class*

</div>