UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA LEE and PIERRE MONTMEAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BEN PASTERNAK; B24, INC.; BELIEVE FOUNDATION; and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 1:26-cv-02368 (DEH) (VF) |

**RULE 1(f) DECLARATION OF RYLAN MAKSOUD**

I, Rylan Maksoud, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel for Plaintiffs in this action and submit this declaration in accordance with Rule 1(f) of the Court's Individual Rules and Practices in Civil Cases.

2. Generative artificial intelligence was used to generate portions of the accompanying filing.

3. I have reviewed the source material and verified that the artificially generated content is accurate and complies with my obligations under Rule 11 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2026 in New York, New York.

Respectfully submitted,

BURWICK LAW, PLLC
By: /s/Rylan Maksoud
Rylan Maksoud
43 West 43rd Street, Suite 114
New York, New York 10036
Tel. (646) 762-1080
rylan.maksoud@burwick.law
*Counsel for Plaintiffs and the Proposed Class*