# EXHIBIT B-1

The Wayback Machine - https://web.archive.org/web/20251015195317/https://twitter.com/pasternak/status/1978…

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data. [Display JSON.](#)

**Ben Pasternak**
@pasternak

@urhonestdev @lmrankhan No individual or entity is getting coins for the next year at minimum.

 **urhonestdev**
@urhonestdev

@lmrankhan Nice way to get exit
Heard you will get unlocked tokens within 4 months

Right @pasternak ?

Wed Oct 15 2025 15:51:49 GMT-0400 (Eastern Daylight Time)

Wed Oct 15 2025 15:53:17 GMT-0400 (Eastern Daylight Time)