# EXHIBIT B-2



← **Post**

**Believe** ✅ @believeapp · Oct 15, 2025
$LAUNCHCOIN → $BELIEVE

The upgrade is now live and will remain open until Wednesday, October 29.

Complete details on how the flywheel works will be shared at the end of the upgrade period.



00:01

💬 311          🔁 104          ♡ 772          📊 1.3M          🔖  ⬆️

**Believe** ✅ @believeapp · Oct 15, 2025
The upgrade period will last two weeks. You can now upgrade your $LAUNCHCOIN to $BELIEVE 1:1 via our website: believe.app/upgrade

💬 13          🔁 4          ♡ 82          📊 48K          🔖  ⬆️

**Believe** ✅ @believeapp · Oct 15, 2025
If you're still holding $LAUNCHCOIN at the end of the upgrade period, you will still be able to claim $BELIEVE during the final claim period via our

website. The final claim period will last two weeks.

💬 4          🔁 2          ♡ 51                    ᐧᶥᶥ 46K               🔖 ⬆️



**Believe** ✅ @believeapp · Oct 15, 2025                                    ···

$LAUNCHCOIN's original design didn't anticipate the long-term needs of the Believe ecosystem.

To properly support ecosystem growth, the initial supply of $BELIEVE has been set to 1.33 billion, a 25% increase from $LAUNCHCOIN.

💬 47          🔁 7          ♡ 102                   ᐧᶥᶥ 337K              🔖 ⬆️

**Believe** ✅                                                              ···
@believeapp

Of the total supply, 17% is allocated to incentivize current and future contributors, 5% to early investors, and 3% to foundation initiatives.

Contributor allocations vest over four years with a one-year lock, investor allocations are locked for one year, and the foundation's coins enter circulation immediately to advance the Believe ecosystem.

5:50 PM · Oct 15, 2025 · **81.9K** Views

💬 7              🔁 2              ♡ 55              🔖 3              ⬆️

**Believe** ✅ @believeapp · Oct 15, 2025                                    ···
At the end of the upgrade, any unclaimed tokens will be permanently burned, with the aim of reducing the total supply toward 1 billion.

$LAUNCHCOIN will no longer be supported or maintained once the upgrade period closes. We encourage holders to review the above upgrade details carefully.

💬 18          🔁 6          ♡ 106                  ᐧᶥᶥ 254K              🔖 ⬆️

**Believe** ✅ @believeapp · Oct 15, 2025                                    ···



🗨 10          ⟳ 2          ♡ 59          ᐧ�623 57K          🔖  ⬆

**Pax** 🛡 @Pax_Onchain · Oct 15, 2025          •••

3% unlocked on a new coin straight away to dump on your community's head..

Why do you need that extra capital when you've just made $20m+ from fees and haven't given any of that back to your 'believers'?

Pasternak is a master–class extractor, gotta tip the hat.

🗨          ⟳          ♡ 20          ᐧ623 1.7K          🔖  ⬆

# Join the conversation

**Read 5 more replies**