# EXHIBIT C

The Wayback Machine - https://web.archive.org/web/20250602175444/https://twitter.com/pasternak/status/1…

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X po[...]
[Display JSON.](#)

 **Ben Pasternak**
@pasternak

P.S: Yes, yes… I know. Flywheel.

 **Ben Pasternak**
@pasternak

Should we rebrand the coin given how the product is evolvi[...]

Mon Jun 02 2025 13:54:43 GMT-0400 (Eastern Daylight Time)

Mon Jun 02 2025 13:54:44 GMT-0400 (Eastern Daylight Time)

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data.
Display JSON.



**Ben Pasternak**
@pasternak

100% of platform fees to a flywheel?

Thu Jul 17 2025 17:41:04 GMT-0400 (Eastern Daylight Time)

8/3/26, 3:13 PM



X

 Home

 Explore

 Notifications

 Follow

 Chat

 Grok

 Bookmarks

 Creator Studio

 Premium

 Profile

 More

← **Post**

**Ben Pasternak** ✔
@pasternak                           ···

I've been doing a bad job recently with regard to transparency, public trust, and community alignment. That's on me. It's been greatly requested that we provide more transparency related to our pending flywheel (FW).

When Believe's volume surged in May, I didn't even know what a flywheel was. Honestly, we simply weren't prepared to be one of the leading platforms in the space.

I had to move fast and surround myself with people who had experience launching similar mechanisms at scale. Believe is now working with a team widely regarded as the best in the space for this kind of work (we're intentionally not naming them here).

To launch a flywheel in a compliant way, a specific corporate structure is required. Setting up that structure involves several prerequisites that are being expedited as much as possible. We're now in the final innings of the process.

If I knew what I know now, candidly we would have waited to launch a coin, so that we could have a FW from Day 1.

I know that this has been a painfully long experience for our community and that we've been very poor on communication. I apologize for that. The lack of communication has damaged the trust that people have placed in us. It is on us to earn your trust back, and it will take time to do so.

Once our flywheel is live, I believe it will set the gold standard for what's expected from crypto projects. Every project with a live coin should have an attached flywheel—it's the obvious future.

Thanks to all for the input so far. We're still so early.

5:47 PM · Jul 23, 2025 · **423.2K** Views

 447          ⟲ 147          ♡ 1K          🔖 113          ⬆

Relevant ⌄                                    View quotes ›

Post your reply                                        Reply

 Search

**Relevant people**

**Ben Pasternak** ✔
@pasternak

**What's happening**

Sports · Trending
**Carlos Narvaez**

Trending in United States
**Enddy Azocar**

Trending in United States
**Cerami**

Trending in United States
**Harold Rivas**

**Show more**

Terms · Privacy · Cookies
US TIDA   Ads Info   More ···

BEWARE

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data.
[Display JSON.](#)



**Ben Pasternak**
@pasternak

For any coin to succeed long term, it needs a flywheel.
Believe will make it easy for any creator to integrate one into their coin.

Full details dropping tomorrow.

Sat Jul 26 2025 21:07:35 GMT-0400 (Eastern Daylight Time)

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- 👤➕ Follow
- 💬 Chat
- ⊘ Grok
- 🔖 Bookmarks
- 🚀 Creator Studio
- ✅ Premium
- 👤 Profile
- ⋯ More

← **Post**

Ben Pasternak ✔
@pasternak

The Believe API v2 is live now, focused on enabling creators to build flywheels for their coins.

We believe for any coin to have real value, it must have a flywheel. We've found that many creators want to build these mechanisms but lack the tools to easily do so. With the Believe API, it has never been easier for creators to launch a coin with a flywheel.

The API is designed for technical creators but we'll also be launching tools imminently for non-technical creators to utilize our API too.

When we're ready to launch a Believe flywheel (perhaps very soon), we will be using our own API to launch it. Like everything we ship, these tools will be constantly evolving.

We're excited to see what creators create with these new tools.



5:39 PM · Jul 27, 2025 · **305.1K** Views

💬 204      ↻ 153      ♡ 757      🔖 71      ↑

Relevant ⌄                              View quotes ›

Post your reply                                    Reply

🔍 Search

**Relevant people**

**Ben Pasternak** ✔
@pasternak

**What's happening**

Trending in United States
**Cerami**

Sports · Trending
**Sammy Stafura**

Sports · Trending
**JoJo Romero**

Trending in United States
**Jesse Rogers**

Show more

Terms    Privacy    Cookies
US TIDA    Ads Info    More ···

**BEWARE**

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data. [Display JSON.](Display JSON.)

 **Believe**
@believeapp

@HuchFi Flywheel

 **Huch.**
@HuchFi

Daily Update 9/1/25

Since we are switching to $USDC for purchasing skins, many people have asked about the utility of $HUCH.

Going forward, 50% of royalties on all NFT sales will go to buy back $HUCH.

We are working hard behind the scenes and can't wait to share more soon.

Tue Sep 02 2025 01:14:54 GMT-0400 (Eastern Daylight Time)

Tue Sep 02 2025 16:28:05 GMT-0400 (Eastern Daylight Time)

Case 1:26-cv-02368-DEH-VF    Document 33-5    Filed 08/05/26    Page 8 of 14

# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium
- Profile
- More

← **Post**

**Believe** ✔
@believeapp

$LAUNCHCOIN → $BELIEVE

The upgrade is now live and will remain open until Wednesday, October 29.

Complete details on how the flywheel works will be shared at the end of the upgrade period.

1:50 PM · Oct 15, 2025 · **1.2M** Views

311          328          772          146

Relevant ⌄                                    View quotes ›

Post your reply                                    Reply



🔍 Search

**Relevant people**

**Believe** ✔
@believeapp
Believe in someor

**What's happening**

Trending in United States
**Cerami**

Sports · Trending
**Sammy Stafura**

Sports · Trending
**JoJo Romero**

Trending in United States
**Jesse Rogers**

Show more

Terms · Privacy · Cookies
US TIDA   Ads Info · More ···

BEWARE

Case 1:26-cv-02368-DEH-VF    Document 33-5    Filed 08/05/26    Page 9 of 14



X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Premium

Profile

More

← **Post**

💬 167          ⟲ 42          ♡ 325          📊 302K          ⬆

**ReadingRambo** @ReadingRambro5 · Oct 15, 2025          ···
Are we going to see more big  announcements and releases before oct. 30 or are you waiting until the migration is complete to announce them?

💬 1          ⟲          ♡ 1          📊 6.3K          ⬆

This Post was deleted by the Post author. Learn more

**the worst** @sol_worst · Oct 15, 2025          ···
Post the flywheel image or make if your header or pfp and my life is yours

💬 1          ⟲          ♡ 1          📊 5.4K          ⬆

**Ben Pasternak** ✔          ···
@pasternak

Flywheel will go live at the end of the upgrade period.

2:17 PM · Oct 15, 2025 · **33.7K** Views

💬 28          ⟲ 15          ♡ 82          🔖 6          ⬆

Relevant ⌄                                          View quotes ›

Post your reply                                          Reply

**pwnlord69** ✔ @pwnlord69 · Oct 15, 2025          ···

💬          ⟲          ♡ 11          📊 1.6K          ⬆

BEWARE

🔍 Search

**Ben Pasternak** ✔
@pasternak

**the worst**
@sol_worst
the worst. using th
my horny thought:
with loads that wo
pornstars to sham
😩✊🏿

**ReadingRambo**
@ReadingRambro

**What's happening**

Trending in United States
**Cerami**

Sports · Trending
**JoJo Romero**

Trending in United States
**Jesse Rogers**

Sports · Trending
**Romeo Doubs**

Show more

Terms    Privacy    Cookies
US TIDA    Ads Info    More ···

Ben Pasternak on X: "When I launched the original Pasternak coin on Clo... profit from trading fees rather than selling their own coin. As a... / X    8/3/26, 3:24 PM

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Premium

Profile

More

← **Post**

@pasternak

When I launched the original Pasternak coin on Clout (which later was rebranded to Launch Coin) back in January, I had never even purchased a Solana coin before. My belief at the time was that creators should only profit from trading fees rather than selling their own coin. As a result, no one on the team, including me, received supply in Pasternak / Launch Coin at launch.

Believe has grown into a serious platform. We've done over $6B in volume. At its core, contributors must have incentives that are aligned with holders. Unlike many other companies, there was no massive insider allocation weighing down supply while the protocol searched for product-market fit. We took the opposite approach: we built first, proved traction, and now the ecosystem needs a stronger foundation.

A few points to clarify:

1) The new supply is 1.33B, so 333M more tokens than with $LAUNCHCOIN, the 25% figure represents the total new supply allocated across current and future contributors, investors, and the Believe Foundation. This should have been communicated more clearly in our initial post.

2) All lockup timers start today at the earliest, regardless of existing contributions to Believe.

3) The Foundation allocation is unlocked but will be exclusively used to support $BELIEVE. The Foundation will not sell any of this 3%. Its operating runway will be exclusively funded via Believe protocol fees, and any additional $BELIEVE needed for its operations will be acquired on the open market. Both of these are much more aligned models than most other foundations.

4) There is four weeks upgrade to $BELIEVE. It will be extended if necessary. There is no ill intent in expediting the migration, we just want to launch the flywheel ASAP. Our belief is that much of the supply of the old coin is allocated to dead wallets given the complex history of the old coin.

A significant portion of existing revenue will be used to buy $BELIEVE onchain. The flywheel will begin at the end of the upgrade period (October 29), which will drive even more revenue into buybacks.

I have never been more excited about Believe. Solving this problem was a huge time drain and what some would call "tech debt." Now that it is behind us, we can focus on what really matters: new features, new launches, new mechanics, and more content / comms.

I want to thank everyone who is believing in Believe!

7:57 PM · Oct 15, 2025 · **541.2K** Views

**BEWARE**

Q Search

**Relevant people**

**Ben Pasternak** ✓
@pasternak

**What's happening**

Sports · Trending
**Braxton Garrett**
Trending with Liam Hicks, Ra

Trending in United States
**#HouseOfTheDragon** 🐉

Trending in United States
**Cerami**

Sports · Trending
**Jace Beck**

**Show more**

Terms · Privacy · Cookies
US TIDA · Ads Info · More ···



https://x.com/pasternak/status/1978611203409846662

Believe on X: "The flywheel is now live. 100% of new ecosystem fees will be directed to buybacks. https://x.co/LA3F7hVLG9" / X                    8/3/26, 3:26 PM

# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Premium
- Profile
- More

← **Post**

**Believe** ✓
@believeapp                    …

The flywheel is now live.

100% of new ecosystem fees will be directed to buybacks.

1:27 PM · Oct 29, 2025 · **999K** Views

💬 301        🔁 272        ♡ 1K        🔖 119        ⬆️

Relevant ⌄                                    View quotes ›

Post your reply                                    Reply

**Believe** ✓ @believeapp · Oct 29, 2025                    …
Buyback percentages and schedules will evolve over time.

The Believe Foundation has also completed its first purchase of $BELIEVE using existing ecosystem fees, purchasing a total of 13.05 million $BELIEVE over the preceding five days using $1M of existing fees.

💬 25        🔁 14        ♡ 151        📊 102K        ⬆️

**Believe** ✓ @believeapp · Oct 29, 2025                    …

💬 10        🔁 3        ♡ 67        📊 72K        ⬆️

BEWARE



🔍 Search

**Relevant people**

**Believe** ✓
@believeapp
Believe in someon

**What's happening**

Politics · Trending
**Mullin**

Sports · Trending
**Braxton Garrett**
Trending with Liam Hicks, Ra

Sports · Trending
**JoJo Romero**

Trending in United States
**Cerami**

**Show more**

Terms    Privacy    Cookies
US TIDA    Ads Info    More …

This is a page generated by the Internet Archive's Wayback Machine from Twitter/X post data.
[Display JSON.](#)



**Ben Pasternak**
@pasternak

The flywheel is now live.

100% of new ecosystem fees will be directed to buybacks.

An initial buyback of $1M using existing fees has already been deployed over the last few days.

Strap in.



**Believe**
@believeapp

The flywheel is now live.

100% of new ecosystem fees will be directed to buybacks. https://t.co/LA5F7mVLG9

Wed Oct 29 2025 13:27:07 GMT-0400 (Eastern Daylight Time)

Wed Oct 29 2025 13:51:34 GMT-0400 (Eastern Daylight Time)

Believe on X: "The flywheel wallet address is linked below. Ongoing protocol fees will be used for automatic buybacks via this wallet." / X          8/3/26, 2:58 PM

Case 1:26-cv-02368-DEH-VF    Document 33-5    Filed 08/05/26    Page 14 of 14



𝕏

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium

Profile

More

← **Post**

**Believe** ✅
@believeapp                                    ...

The flywheel wallet address is linked below. Ongoing protocol fees will be used for automatic buybacks via this wallet.

12:25 PM · Oct 31, 2025 · **215.5K** Views

💬 142          ↻ 29          ♡ 220          🔖 23          ⬆️

Relevant ⌄                                      View quotes >

Post your reply                                 Reply

**Believe** ✅ @believeapp · Oct 31, 2025        ...

> solscan.io
> Account GHXV4xsQjKETxeKFSAQuGLBDni5zZvMy...
> Balance: 645.47 SOL | View account details on Solana blockchain

💬 20          ↻ 8          ♡ 74          📊 98K          ⬆️

**nocommas** ✅ ⬜ @n0commas · Oct 31, 2025     ...
a few days ago, you tweet the first purchase of $1m in fees

but the wallet you linked.. shows you just started 2 hours ago (after large projects announced they are leaving the ecosystem)?

am i missing something

> **Believe** ✅ @believeapp · Oct 29, 2025
> Replying to @believeapp
> Buyback percentages and schedules will evolve over time.
>
> The Believe Foundation has also completed its first purchase of $BELIEVE using existing ecosystem fees, purchasing a total of 13.05 ...

💬 8          ↻ 2          ♡ 20          📊 14K          ⬆️



🔍 Search

**Relevant people**

**Believe** ✅
@believeapp
Believe in someor

**What's happening**

Gaming · Trending
**#OblivionGiveaway**

Sports · Trending
**Stanton**

Sports · Trending
**49ers**

Trending in United States
**In-N-Out**

**Show more**

Terms   Privacy   Cookies
US TIDA   Ads Info   More ...

BEWARE